# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2526

Diego Buri Mora v. Attorney General United States of America

(A215-981-037)

## O R D E R

On **August 6, 2025**, a petition for review was filed and served in the above-captioned action. Pursuant to Fed. R. App. P. 17(a), the administrative record shall be filed in this office within 40 days from the date of service of the petition. The Executive Office of Immigration Review is directed to file the record on or before **September 15, 2025.**

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:  August 06, 2025
JK/cc:    CL
EOIR
Pamela Bondi  Esq.
Brennan J. Gian-Grasso  Esq.
OIL