# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2526

Diego Buri Mora v. Attorney General United States of America

(Agency Case No.: A215-981-037)

To:   Clerk

1) Motion by Petitioner for Stay of Removal

_____

    This order is issued in accordance with the Standing Order of the Court dated August 5, 2015. The foregoing motion is temporarily granted; removal is stayed until such time as the Court can consider the motion for stay of removal.

    Respondent is directed to promptly inform the Clerk in writing as to any change to the custody/detention status of the petitioner including transfers to another detention facility if petitioner is already detained by immigration authorities and transfers from prison custody (local, state, or federal facility) to immigration detention.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   August 11, 2025
JK/cc:   Brennan J. Gian-Grasso, Esq.
Zachary S. Hughbanks, Esq.
OIL,

A True Copy:

Patricia S. Dodszuweit, Clerk