CLD-014

<u>UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT</u>

C.A. No. <u>25-2526</u>

DIEGO GEOVANNY BURI MORA,
      Petitioner

v.

ATTORNEY GENERAL OF THE UNITED STATES

(Agency No. A215-981-037)

Present:   BIBAS and PHIPPS, <u>Circuit Judges</u>

Submitted are

(1) Petitioner's Motion to Stay Removal;

(2) Petitioner's Memorandum of Law in Support; and

(3) Respondent's Response
   in the above-captioned case.

                            Respectfully,

                            Clerk

_____ORDER_____

    The motion for a stay of removal is denied. In particular, Petitioner Diego Buri Mora has not shown a likelihood of success on the merits of his petition. <u>See</u> <u>Nken v. Holder</u>, 556 U.S. 418, 434 (2009). The temporary administrative stay of removal issued by the Clerk on August 11, 2025, is vacated.

                            By the Court,

                            s/Stephanos Bibas
                            Circuit Judge

Dated: November 3, 2025
Gch/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk