UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-006

No. <u>25-2526</u>

DIEGO GEOVANNY BURI MORA,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A215-981-037)

Present:  BIBAS, PHIPPS and NYGAARD, *Circuit Judges*

1. Petitioner's Emergency Motion for Stay of Removal Pending Petition for Review, which the Panel may also wish to construe as a Motion for Reconsideration of the Court's November 3, 2025 Order.

Respectfully,
Clerk/JK

_____ORDER_____
The foregoing motion is DENIED.

By the Court,

<u>s/ Stephanos Bibas</u>
Circuit Judge

Dated: November 6, 2025
JK/cc: All Counsel of Record